UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EDWIN RODRIGUEZ,**

Petitioner,

v.

CIVIL ACTION NO.
26-13241-BEM

**ANTONE MONIZ,**
*Superintendent of Plymouth County Correctional Facility,*
**DAVID WESLING,** *Boston Field Office Director,*
*U.S. Immigration and Customs Enforcement,*
**DAVID VENTURELLA,**
*Acting Director U.S. Immigrations and Customs Enforcement,*
**MARKWAYNE MULLIN,**
*U.S. Secretary of Homeland Security,*
**TODD BLANCHE,**
*Acting Attorney General of the United States,*

Respondents.

## FINAL JUDGMENT

MURPHY, D.J.

In accordance with this Court's Order (ECF #15) issued on July 23, 2026, granting the

Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Marlene Martins*

DATED: July 24, 2026

Deputy Clerk